**Order entered March 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01186-CR

**KEITH ALLEN FOSTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-80380-2014**

## ORDER

Appellant's March 19, 2015 second motion to extend the time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **April 20, 2015**.


/s/     LANA MYERS
        JUSTICE